F. G. Smith Piano Company, Appellant, vs. Buschek, Respondent.

*January 11—January 30, 1912.*

*Sales: Breach of warranty.*

In an action for the purchase price of a piano, a finding by the jury that there was a breach of a warranty against defects is *held* to be sustained by the evidence.

Appeal from a judgment of the circuit court for Manitowoc county: Michael Kirwan, Circuit Judge. *Affirmed.*

Action to recover the balance of the purchase price of a piano.

The defendant pleaded breach of warranty, seasonable rescission of the sale contract, and demand for the money already paid, and counterclaimed therefor.

The court submitted the cause to the jury on the subject of whether the conceded warranty was breached. The finding was for the defendant. All other questions requisite to be solved in her favor to support a judgment for her were so decided by the court without any complaint because any of them should have been submitted to the jury. Judgment was rendered for defendant, and plaintiff appealed upon the sole ground that the finding as to the piano being defective was not warranted by the evidence.

*Isaac Craite,* for the appellant.

*F. F. Groelle,* for the respondent.

Marshall, J. It is the judgment of the court that the record does not sustain the contention on appellant's part that there is no reasonable basis in the evidence for the jury finding complained of. Therefore the judgment must be affirmed.

*By the Court.*—Judgment affirmed.